# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                       )<br>              Plaintiff,                      )<br>                                                       )<br> v.                                                  )<br>                                                       )<br> ADRIAN BARRON-VALDEZ,       )<br>                                                       )<br>              Defendant.                  ) | 8:12CR358<br><br>ORDER |

UPON THE MOTION OF THE DEFENDANT, (#42) and no objection from the government,

IT IS ORDERED:

1. The Motion to Continue (#42) is granted.

2. The Change of Plea hearing is continued to **February 19, 2013** at **2:30 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

3. For this defendant, the time between **February 4, 2013** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

4. No further continuances will be granted, absent unusual circumstances.

5. Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 4th day of February, 2013.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge