IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 8:12CR00358 |
| vs. | |
| ADRIAN BARRON-VALDEZ, | ORDER |
| Defendant. | |

At the parties' request, the court will set this matter for trial. The time between February 19, 2013 and March 19, 2013, will be excluded inasmuch as the defendant's change of mind regarding entering a plea has disrupted the normal scheduling practices of this court, the parties' ability to anticipate the need to prepare for trial, the availability of witnesses, and the parties' trial preparations. Accordingly,

**IT IS ORDERED:**

1. The above-entitled case is scheduled for a jury trial before the Honorable John M. Gerrard, District Court Judge, to begin **Tuesday, March 19, 2013**, **at 9:00 a.m**. in Courtroom 4, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant must be present in person. Counsel will receive more specific information regarding the order of trial from Judge Gerrard's staff.

2. Any motions for a continuance of this trial date shall be electronically filed on or before **March 8, 2013**, and shall (a) set forth the reasons why the moving party believes that the additional time should be allowed and (b) justify the additional time, *citing specific references to the appropriate section(s) of the Speedy Trial Act, 18 U.S.C. § 3161 et seq*. Any defense motion for continuance shall be accompanied by a written affidavit signed by the defendant in accordance with NECrimR 12.1.

The anticipated length of trial is three (3) days.

Dated this 21st day of February, 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge